In the Matter of the Claim of Francis J. Benz, Respondent, against Knights of St. John Club et al., Appellants. Workmen's Compensation Board, Respondent.

Argued October 16, 1952; decided November 20, 1952.

*John F. Gates* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Roy Wiedersum* and *Wendell P. Brown* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DYE, FULD and FROESSEL, JJ. LEWIS and DESMOND, JJ., dissent and vote to reverse and dismiss the claim on the ground claimant, an executive officer of the employer, excluded himself from compensation coverage pursuant to and in accordance with subdivision 6 of section 54 of the Workmen's Compensation Law, as it then read.